## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Mohammed Eisa, | Civil No. 05-773 (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| United States Citizenship and Immigration Services, et al., | |
| Defendants. | |

---

Defendant's Motion to Dismiss is referred to Magistrate Judge Arthur J. Boylan for a recommended disposition. The August 12, 2005 hearing before the undersigned is **CANCELED** (although the parties shall complete the briefing of the pending motion as though August 12 were the hearing date) and, if Judge Boylan desires oral argument, he will notify counsel.

Dated: July 18, 2005

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge