## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Mohammed Eisa,                                                    Civil No. 05-773 (RHK/AJB)

      Petitioner,                                          **ORDER**

v.

United States Citizenship
and Immigration Services, et al.,

      Respondents.

---

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated September 21, 2006, with all the files and records, and having been notified that Petitioner will not file Objections thereto (Doc. No. 42), **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 41) is **ADOPTED**; and

2. Petitioner Mohammed Eisa's Petition for Attorney's Fees under the Equal Access to Justice Act (Doc. No. 38) is **DENIED WITHOUT PREJUDICE**.

Dated: September 27, 2006

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge